IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KEITH HENDERSON, | : | |
| **Plaintiff** | : | |
| vs. | : | CIVIL NO. 7:14-CV-0192-HL-TQL |
| Nurse JACKSON, | : | |
| **Defendant** | : | |

## ORDER ON MOTION FOR RECONSIDERATION

Plaintiff Keith Henderson, an inmate currently confined at Valdosta State Prison, filed a "Notice of Appeal" from a decision made in a civil case filed in the Superior Court of Lowndes County, Georgia. Because the United States District Courts do not sit as appellate courts to review state court decisions, this Court found Plaintiff's pleading to be frivolous. For this reason, and because Plaintiff is barred from proceeding *in forma pauperis* in federal court unless he is in imminent danger of serious physical injury, see 28 U.S.C. § 1915(g), Plaintiff's Motion to Proceed *in forma pauperis* was denied, and his pleading was dismissed.

Plaintiff has now filed a Motion for Reconsideration (Doc. 9). Plaintiff's Motion consists of random legal citations and irrelevant arguments; it provides no valid basis for reconsideration. Plaintiff's Motion for Reconsideration is thus also found to be frivolous, and it is **DENIED**.

**SO ORDERED**, this 30th day of December, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr